IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| KIMBERLY BARNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | 1:19-cv-1021 (LMB/TCB) |
| | ) | |
| CAPITAL ONE FINANCIAL CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The plaintiffs in civil action 1:19-cv-1008 have moved to consolidate that action with this civil action and 1:19-cv-979 because the issues in these civil actions significantly overlap. Finding good cause for that relief, it is hereby

ORDERED that this civil action be consolidated for all pretrial purposes with 1:19-cv-1008 and 1:19-cv-979 and transferred to the Richmond Division to be consolidated with 3:19-cv-555.[1]

The Clerk is directed to consolidate and transfer this civil action as directed to the Richmond Division and forward copies of this Order to counsel of record.

Entered this 13th day of August, 2019.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

---

[1] Civil action 3:19-cv-555 is assigned to the Honorable John A. Gibney, Jr., who has agreed to the consolidation of these three civil actions with his civil action, which was the first of these related actions filed in this district.